

ORDERED in the Southern District of Florida on October 30, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

FRANK CARLOS MOREJON;

      Debtor.                             /

Case No. 15-23768-BKC-LMI

Chapter 7

### AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS AND MOTION FOR TURNOVER [ECF# 18]

*(Cancels Hearing Scheduled for November 2, 2015 at 1:30 PM)*

**THIS MATTER** came before the Court upon the *Trustee's Objection to Debtor's Claimed Exemptions and Motion for Turnover* (the "Objection") [ECF #18] filed by Jacqueline Calderin, Trustee (the "Trustee") of the bankruptcy estate of FRANK CARLOS MOREJON (the "Debtor") wherein the Trustee objected to the Debtor's claimed exemptions and sought

turnover of the non-exempt value of the following property listed on Schedule B. The Court, having reviewed the Objection and being advised that the parties agree to the relief Ordered herein, finding that the relief sought in the Objection is in the best interest of the estate and good cause exists for the relief provided herein, and the having noted the agreement of the Parties; the Court **ORDERS** that:

1. The Objection is **SUSTAINED** and the motion for turnover of the non-exempt value of the Household Goods and Furnishings listed on Schedule B is **GRANTED.**

2. The Debtor shall turnover in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate", the total sum of $1,1610.00 (the "BuyBack") to be paid within 45 days of entry of this order. The BuyBack shall be allocated as follows:

$1,610.00 – Household Goods and Furnishings

3. In the event that the Debtor defaults under the terms of this Order, the Trustee shall be entitled to a revocation of Debtor's discharge by Motion pursuant to Rule 9024 Fed.R.Bank.P., and Debtor waives the requirement of an adversary proceeding.

4. The Court reserves jurisdiction to enforce the terms of this Order.

5. **The terms and provisions of this Order are agreed to in substance in form**

# # #

Submitted by:
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

Copy furnished to: Jacqueline Calderin, Chapter 7 Trustee, who shall serve a copy of this order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).