UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

FRANK CARLOS MOREJON;

      Debtor.                         /

Case No. 15-23768-BKC-LMI

Chapter 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the *Agreed Order Sustaining Trustee's Objection to Debtor's Claimed Exemptions and Motion for Turnover [ECF #18]* [ECF # 21] was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notice of filing in this case on November 2, 2015 and via U.S. Mail to the parties listed below on November 4, 2015.

By:   */s/ Jacqueline Calderin*
JACQUELINE CALDERIN
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T: 786.369.8440
F: 786.369.8523
calderintrustee@gmail.com

**Via CM/ECF:**
To all parties entitled to electronic notifications via CM/ECF

**Via U.S. Mail**
**Frank Carlos Morejon**
1300 West 51 Place
Hialeah, FL 33012